IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| FREDDIE FOUNTAIN | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO.6:15cv100 |
| UNITED STATES OF AMERICA, ET AL | § | |

## ORDER DENYING CLASS CERTIFICATION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell. Plaintiff filed a motion entitled "Motion for Class Certification" (docket entry #42). The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of the motion, has been presented for consideration. Plaintiff filed objections (docket entry # 54). The Court has reviewed Plaintiff's objections, and finds them to be without merit. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that Plaintiff's Motion for Class Certification (docket entry #42) is hereby **DENIED**.

**SIGNED this 16th day of May, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE