IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| FREDDIE FOUNTAIN | § | |
| VS. | § | CIVIL ACTION NO. 6:15cv100 |
| JOHN A. RUPERT, ET AL. | § | |

ORDER REOPENING CASE

Plaintiff Freddie Fountain, proceeding *pro se* and *in forma pauperis*, filed this civil rights lawsuit under 42 U.S.C. § 1983. The case was referred to the undersigned United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case. The Court previously issued an order explaining that setting a date for the close of evidence was appropriate, (Dkt. #326). Pursuant to that order, this cause of action should now be reopened and placed back on the active docket. Accordingly, it is

**ORDERED** that this cause of action is hereby **REOPENED** for all purposes. The Clerk of Court is instructed to place this case back on the active docket. Plaintiff is reminded to notify the Court if his mailing address changes.

So ORDERED and SIGNED this 2nd day of August, 2022.

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE